UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INGRID JOHNSON,

          Plaintiff,

    v.

KING COUNTY SUPERIOR COURT ET AL.,

          Defendants.

CASE NO. 2:25-cv-01533-JHC

ORDER

Before the Court is pro se Plaintiff's motion to strike. Dkt. # 81. She asks the Court to "strike and vacate every vexatious litigant order, label, and related dismissal against her in this and all related actions." *Id*. at 1. But Plaintiff does not cite any such order, label, or related dismissal in this matter (or in any other); nor is the Court aware of any. And to be sure, the Court cannot strike materials in a case before a different court. Accordingly, the Court DENIES the motion. And the Court STRIKES as moot the related motion to seal at Dkt. # 82.

Dated this 23rd day of March, 2026.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1