UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INGRID JOHNSON,

                    Plaintiff,

        v.

KING COUNTY SUPERIOR COURT ET AL.,

                    Defendants.

CASE NO. 2:25-cv-01533-JHC

ORDER

        Before the Court is pro se Plaintiff's motion to strike.  Dkt. # 86.  It is essentially the same as the motion to strike at Dkt. # 81, which was denied at Dkt. # 84, except it includes some handwritten notes on the first page and a cover letter and Dkt. # 86-1.  The Court thus construes the motion as one for reconsideration.  And because it fails to meet the standards of LCR 7(h)(1), the Court must deny it.

        The Court reiterates that it cannot strike a King County Superior Court judge's ruling that Plaintiff is a vexatious litigant.  Nor does it see anything improper with taking notice of her status as such earlier in this matter.  Plaintiff provides no legal argument to support her request.  Thus, the Court DENIES the motion.

//

ORDER - 1

Dated this 30th day of March, 2026.

John H. Chun
United States District Judge

ORDER - 2